IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE LANE, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-00441-TES-CHW |
| | * |
| PASHION CHAMBERS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated August 30, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 31st day of August, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk